Elizabeth Klein, as Executrix, etc., of Peter Klein, Deceased, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the evidence fails to establish either the negligence of defend-

ant, or freedom from contributory negligence on the part of plaintiff's testator.—Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Hirschberg, J., dissented.